UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAY STEPHENS,<br><br>                    Plaintiff,<br><br>     v.<br><br>GENESIS CREDIT MANAGEMENT, LLC, and BRITTNEY BOWEN,<br><br>                    Defendants. | NO:  2:14-CV-0105-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation for Order of Dismissal with Prejudice (ECF No. 13).  This case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without an award of costs or attorney's fees to any party.

ORDER OF DISMISSAL ~ 1

1  **ACCORDINGLY, IT IS ORDERED**

2  The parties' Stipulation for Order of Dismissal with Prejudice (ECF No. 13)

3  is **GRANTED.**

4  The District Court Clerk is directed to enter this Order, provide copies to

5  counsel, and **CLOSE** the file.

6  **DATED** April 1, 2015.



THOMAS O. RICE
United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20

ORDER OF DISMISSAL ~ 2